IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT -4 AM 9: 39

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| ATLANTIC MUTUAL INSURANCE CO., | ) |
| Plaintiff, | ) |
| vs. | ) NO.: 04-2050-An |
| UNITED PARCEL SERVICE, INC., et al., | ) |
| Defendants. | ) |

## ORDER SETTING TRIAL

The Court hereby sets this matter for trial by jury on **MONDAY, DECEMBER 12, 2005 at 9:30 a.m.** and is expected to last 3-4 days. A joint pretrial order shall be submitted no later than 4:30 p.m. on or before **NOVEMBER 25, 2005.** The proposed joint pretrial order should include any stipulated facts, contested issues of fact and/or law, list of witnesses and exhibits and should be signed by the attorneys for all the parties.

The parties shall submit proposed jury instructions to the Court by **NOVEMBER 25, 2005**. Failure to present the proposed jury instructions may be deemed a waiver with regard to presentation at a later date.

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-4-05

**IT IS SO ORDERED.**

S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: October 03, 2005

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:04-CV-02050 was distributed by fax, mail, or direct printing on October 4, 2005 to the parties listed.

---

Wayne D. Taylor
MOZLEY FINLAYSON & LOGGINS
5605 Glenridge Dr.
Ste. 900
Atlanta, GA 30342

John D. Richardson
THE RICHARDSON LAW FIRM
119 S. Main St.
Ste. 725
Memphis, TN 38103

Ruth M. Rawlak
MOZLEY FINLAYSON & LOGGINS
5605 Glenridge Dr.
Ste. 900
Atlanta, GA 30342

Andrew R. Carr
BATEMAN GIBSON & CHILDERS
65 Union Ave.
Ste. 1010
Memphis, TN 38103

G. Ray Bratton
BRATTON & O'NEAL
675 Oakleaf Office Ln.
Ste. 200
Memphis, TN 38117

Honorable S. Anderson
US DISTRICT COURT