IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ATLANTIC MUTUAL INSURANCE
COMPANY,

    Plaintiff,

Case No. 04-2050-MI

v.

UNITED PARCEL SERVICE, INC.
and VIP EXPRESS, INC.

    Defendants.

---

### ORDER DISMISSING DEFENDANT VIP EXPRESS, INC. WITH PREJUDICE

Plaintiff Atlantic Mutual Insurance Company and defendant VIP Express, Inc. have stipulated to the dismissal of defendant VIP Express, Inc. from this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Accordingly, it is hereby ORDERED that defendant VIP Express, Inc. be, and the same hereby is, **DISMISSED WITH PREJUDICE**. It is further ORDERED that Atlantic Mutual Insurance Company and VIP Express, Inc. each shall be responsible for their own costs incurred in this action.

SO ORDERED this 3rd day of November, 2005.

                S. Thomas Anderson, USMJ
                HONORABLE ~~JON PHIPPS MCCALLA~~
                United States District Judge

Mozley, Finlayson
& Loggins LLP
A Limited Liability Partnership
One Premier Plaza
Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-4-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:04-CV-02050 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

Andrew R. Carr
BATEMAN GIBSON & CHILDERS
65 Union Ave.
Ste. 1010
Memphis, TN 38103

G. Ray Bratton
BRATTON & O'NEAL
675 Oakleaf Office Ln.
Ste. 200
Memphis, TN 38117

Wayne D. Taylor
MOZLEY FINLAYSON & LOGGINS
5605 Glenridge Dr.
Ste. 900
Atlanta, GA 30342

John D. Richardson
THE RICHARDSON LAW FIRM
119 S. Main St.
Ste. 725
Memphis, TN 38103

Ruth M. Rawlak
MOZLEY FINLAYSON & LOGGINS
5605 Glenridge Dr.
Ste. 900
Atlanta, GA 30342

Honorable S. Anderson
US DISTRICT COURT