FILED BY _____ D.C.

05 NOV -9 AM 10: 27

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division

ATLANTIC MUTUAL INSURANCE
COMPANY,

**JUDGMENT IN A CIVIL CASE**

v.

UNITED PARCEL SERVICE, INC.
and VIP EXPRESS, INC.

CASE NUMBER:   04-2050-An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that in compliance with the Notice of Dismissal as to United Parcel Service, Inc. entered in this matter on 01/20/05 and the Stipulation of Dismissal with Prejudice as to VIP Express, Inc. entered on 11/01/05, this action is hereby DISMISSED WITH PREJUDICE.

APPROVED:

_S. Thomas Anderson_   11-08-05
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE


THOMAS M. GOULD
CLERK

11-8-05                     BY:  _Judy Cosby_
DATE                              DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  11-9-05  .

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:04-CV-02050 was distributed by fax, mail, or direct printing on November 9, 2005 to the parties listed.

---

G. Ray Bratton
BRATTON & O'NEAL
675 Oakleaf Office Ln.
Ste. 200
Memphis, TN 38117

Ruth M. Rawlak
MOZLEY FINLAYSON & LOGGINS
5605 Glenridge Dr.
Ste. 900
Atlanta, GA 30342

Andrew R. Carr
BATEMAN GIBSON & CHILDERS
65 Union Ave.
Ste. 1010
Memphis, TN 38103

John D. Richardson
THE RICHARDSON LAW FIRM
119 S. Main St.
Ste. 725
Memphis, TN 38103

Wayne D. Taylor
MOZLEY FINLAYSON & LOGGINS
5605 Glenridge Dr.
Ste. 900
Atlanta, GA 30342

Honorable S. Anderson
US DISTRICT COURT